CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 12 2017

JULIA C. DOOLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL LANDON WOOLWINE, ) | Civil Action No. 7:17-cv-00137 | |
| Petitioner, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| NEW RIVER VALLEY ) | By: | Hon. Michael F. Urbanski |
| REGIONAL JAIL, ) | | United States District Judge |
| Respondent. ) | | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

ORDERED

that the petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 is **DISMISSED without prejudice** as unexhausted; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send certified copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This _____ day of May, 2017.

/s/ Michael F. Urbanski
United States District Judge